KEITH SONDERLING, Acting Secretary of
Labor, United States Department of Labor,

Plaintiff,

v.

COWBELL HOSPITALITY LLC DBA
COWBELL BIDDEFORD, DBA THE
MARTINI BAR, and DBA 5 DOLLAR
FINNS; COWBELL ROCK ROW LLC DBA
COWBELL ROCK ROW; COWBELL
HOSPITALITY 2 LLC DBA COWBELL
SCARBOROUGH; ALEXANDER
MARKAKIS and JAMES ALBERT,

Defendants.

Civil Action No. 2:26-cv-00272-KFW

## JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER

Plaintiff Keith E. Sonderling, Acting Secretary of Labor, United States Department of

Labor, and Defendants Cowbell Hospitality LLC dba Cowbell Biddeford, dba The Martini Bar,

and dba 5 Dollar Finns; Cowbell Rock Row LLC dba Cowbell Rock Row; Cowbell Hospitality 2

LLC dba Cowbell Scarborough; and owners Alexander Markakis and James Albert hereby move

the Court to approve the Consent Judgment and Order attached hereto as Exhibit 1.

Respectfully submitted,

For the Secretary:

Jonathan Berry
Solicitor of Labor

Maia S. Fisher
Regional Solicitor

Mark A. Pedulla
Counsel for Wage & Hour

/s/ Susan G. Salzberg
Susan G. Salzberg
Senior Trial Attorney
Salzberg.susan@dol.gov
MA BBO No. 556437

U.S. Department of Labor
Attorneys for Plaintiff
Post Office Address:
JFK Federal Building—Room E-375
Boston, Massachusetts 02203
TEL: (617) 565-2500
FAX: (617) 565-2142


Dated: May 27, 2026

For Defendants:

/s/ Alexander Markakis
Alexander Markakis


/s/ James Albert
James Albert

**Certificate of Service**

I hereby certify that on May 28, 2026, a copy of foregoing JOINT MOTION TO APPROVE CONSENT JUDGMENT AND ORDER and the attached Exhibits were filed electronically. I further certify that on that date I served these documents by email attachment on the parties listed below:

Alexander Markakis
arm@twogreeksventures.com

James Albert
jimmygreek@hotmail.com

/s/ Susan G. Salzberg
Susan G. Salzberg
MA BBO No. 556437

U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA  02203
TEL: (617) 565-2500
FAX: (617) 565-2142
salzberg.susan@dol.gov