# EXHIBIT A

**Cowbell Biddeford Locations**

| FIRST NAME | LAST NAME | BACK WAGES |
|---|---|---|
| Nayelis | Amador Encarnacion | $32.84 |
| Larie | Butler | $190.35 |
| Ryan | Cyr | $35.60 |
| Khadim | Dieng | $29.12 |
| Tristan | Kinner | $49.41 |
| Irving | Mendez | $644.52 |
| Cody | Picard | $7,924.69 |
| Shawn | Small | $351.85 |
| Derrick | Vance | $45.05 |
| Adam | Wilcox | $1,413.72 |
| Ana | Zunguza | $150.22 |
| | **TOTAL** | **$10,867.37** |

**Cowbell Rock Row Location**

| FIRST NAME | LAST NAME | BACK WAGES |
|---|---|---|
| Otto | Arias Segura | $1,785.09 |
| Odane | Briscoe | $1,541.90 |
| Dawayne | Clarke | $0.00 |
| Matt | Cosgrove | $344.03 |
| Lilanga Bosunga | Djouma | $113.20 |
| Derval | Donald | $1,845.63 |
| Chris | Fitzpatrick | $94.55 |
| Sean | Foley | $1,152.60 |
| Phoebe | Jensen | $0.00 |
| Deanna | Karam | $52.60 |
| Ajoni | Larmond | $25.00 |
| Davion | Livingston | $1,491.00 |
| Betania Del Carmen | Morales Rodrigues | $1,682.79 |
| Jorge Ramon | Morales Rodriguez | $1,439.33 |
| Yadira | Moya | $4,597.92 |
| Javon | Murray | $4,394.34 |
| Leo | Orasma | $26.95 |
| Kerlys | Perez Marquez | $74.25 |
| Jonathan | Quiles | $49.32 |
| Chevelle | Rhule | $1,518.80 |
| Jose | Rodriguez | $80.82 |
| Chloe | Thurlow | $43.30 |
| | **TOTAL** | **$22,353.42** |

## Cowbell Scarborough Location

| FIRST NAME | LAST NAME | BACK WAGES |
|---|---|---|
| Diego | Campusano Cayo (Vuitton) | $12,854.63 |
| Michael | Carter | $851.67 |
| Michael | Curtis | $113.60 |
| John | Flaherty | $273.90 |
| James | Gilroy | $2,311.74 |
| Marcus | MacDougall | $741.60 |
| Allison | Mulholland | $52.92 |
| Daniel | Parra | $91.68 |
| Ahmed | Rizk | $59.73 |
| Amber | Roy | $238.07 |
| Augustin | Simental | $560.67 |
| Syed | Sujauddoula | $112.50 |
| Robert | Tuning | $210.20 |
| James | Whyte | $81.23 |
| | **TOTAL** | **$18,554.14** |